Electronically Filed by Superior Court of California, County of Orange, 05/26/2020 03:11:35 PM.
30-2020-01143064-CU-PO-CJC - ROA # 2 - DAVID H. YAMASAKI, Clerk of the Court By Brenda Sanchez, Deputy Clerk.
Case 2:20-cv-07156 Document 1-2 Filed 08/10/20 Page 1 of 7 Page ID #:12

PLD-PI-001

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*<br>Garrett R. Chambers 304796<br>CHAMBERS & NORONHA<br>2070 N. Tustin Avenue<br>Santa Ana, CA 92705<br>**TELEPHONE NO.:** (714) 558-1400  **FAX NO.** *(Optional):* (714) 558-0885<br>**E-MAIL ADDRESS** *(Optional):* GRChambers@CNLegalGroup.com<br>**ATTORNEY FOR** *(Name):* Plaintiff | **FOR COURT USE ONLY** |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** ORANGE
 **STREET ADDRESS:** 700 Civic Center Drive West
 **MAILING ADDRESS:** Santa Ana, California 92701
 **CITY AND ZIP CODE:** Santa Ana, California 92701
 **BRANCH NAME:** Central Justice Center

**PLAINTIFF:** JUDY RICE

**DEFENDANT:** TARGET, TARGET CORPORATION, and

[X] DOES 1 TO 100, Inclusive

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
 [ ] **AMENDED** *(Number):*
**Type** *(check all that apply):*
 [ ] MOTOR VEHICLE   [X] **OTHER** *(specify):* General Negligence
 [ ] Property Damage   [ ] Wrongful Death
 [X] Personal Injury   [X] Other Damages *(specify):* Premises Liability

**Jurisdiction** *(check all that apply):*
 [ ] **ACTION IS A LIMITED CIVIL CASE**
  Amount demanded [ ] does not exceed $10,000
           [ ] exceeds $10,000, but does not exceed $25,000
 [X] **ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)**
 [ ] **ACTION IS RECLASSIFIED** by this amended complaint
   [ ] from limited to unlimited
   [ ] from unlimited to limited

**CASE NUMBER:**
30-2020-01143064-CU-PO-CJC

Assigned for all purposes:
Judge Derek W. Hunt

1. **Plaintiff** *(name or names):* JUDY RICE

   alleges causes of action against **defendant** *(name or names):* TARGET, TARGET CORPORATION, and DOES 1 to 100, Inclusive
2. This pleading, including attachments and exhibits, consists of the following number of pages: SEVEN
3. Each plaintiff named above is a competent adult
   a. [ ] **except** plaintiff *(name):*
     (1) [ ] a corporation qualified to do business in California
     (2) [ ] an unincorporated entity *(describe):*
     (3) [ ] a public entity *(describe):*
     (4) [ ] a minor  [ ] an adult
       (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
       (b) [ ] other *(specify):*
     (5) [ ] other *(specify):*

   b. [ ] **except** plaintiff *(name):*
     (1) [ ] a corporation qualified to do business in California
     (2) [ ] an unincorporated entity *(describe):*
     (3) [ ] a public entity *(describe):*
     (4) [ ] a minor  [ ] an adult
       (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
       (b) [ ] other *(specify):*
     (5) [ ] other *(specify):*

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]
CEB Essential Forms
ceb.com

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

RICE, Judy

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

EX B - pg. 12

| SHORT TITLE: RICE v. TARGET, et.al. | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff *(name)*:
   is doing business under the fictitious name *(specify)*:

   and has complied with the fictitious business name laws.
5. Each defendant named above is a natural person
   a. ☒ except defendant *(name)*: TARGET, and DOES 1 to 100, Inclusive
      (1) ☒ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)*:
      (4) ☐ a public entity *(describe)*:
      (5) ☐ other *(specify)*:

   c. ☐ except defendant *(name)*:
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)*:
      (4) ☐ a public entity *(describe)*:
      (5) ☐ other *(specify)*:

   b. ☒ except defendant *(name)*: TARGET CORPORATION, DOES 1 to 100, Inclusive
      (1) ☐ a business organization, form unknown
      (2) ☒ a corporation
      (3) ☐ an unincorporated entity *(describe)*:
      (4) ☐ a public entity *(describe)*:
      (5) ☐ other *(specify)*:

   d. ☐ except defendant *(name)*:
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)*:
      (4) ☐ a public entity *(describe)*:
      (5) ☐ other *(specify)*:

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.
6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants *(specify Doe numbers)*: 1-100, Inclusive were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants *(specify Doe numbers)*: 1-100, Inclusive are persons whose capacities are unknown to plaintiff.
7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names)*:

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☒ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify)*:

9. ☐ Plaintiff is required to comply with a claims statute, **and**
   a. ☐ has complied with applicable claims statutes, **or**
   b. ☐ is excused from complying because *(specify)*:

PLD-PI-001 [Rev. January 1, 2007]
CEB Essential Forms ceb.com

**COMPLAINT-Personal Injury, Property Damage, Wrongful Death**

Page 2 of 3

RICE, Judy

EX B - pg. 13

| | |
|---|---|
| SHORT TITLE: RICE v. TARGET, et.al. | CASE NUMBER: |

PLD-PI-001

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
    a. ☐ Motor Vehicle
    b. ☒ General Negligence
    c. ☐ Intentional Tort
    d. ☐ Products Liability
    e. ☒ Premises Liability
    f. ☐ Other *(specify)*:

11. Plaintiff has suffered
    a. ☒ wage loss
    b. ☐ loss of use of property
    c. ☒ hospital and medical expenses
    d. ☒ general damage
    e. ☐ property damage
    f. ☒ loss of earning capacity
    g. ☐ other damage *(specify)*:

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐ listed in Attachment 12.
    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) ☒ compensatory damages
       (2) ☐ punitive damages
       The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
       (1) ☒ according to proof
       (2) ☒ in the amount of: $
       Judgment for prejudgment interest at 10% per annum pursuant to CC Section 3291.

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: April 2, 2020

Garrett R. Chambers
(TYPE OR PRINT NAME)

▶ *(signed)*
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001(4)

| SHORT TITLE: RICE v. TARGET, et.al. | CASE NUMBER: |
|---|---|

__FIRST__ **CAUSE OF ACTION - Premises Liability** Page __FOUR__
(number)

ATTACHMENT TO ☒ Complaint ☐ Cross-Complaint
*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. Plaintiff *(name)*: JUDY RICE
alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On *(date)*: December 19, 2018 plaintiff was injured on the following premises in the following fashion *(description of premises and circumstances of injury)*:

\*\*\* SEE ATTACHMENT PREM. L-1 ATTACHED \*\*\*

Prem.L-2. ☒ **Count One-Negligence** The defendants who negligently owned, maintained, managed and operated the described premises were *(names)*:
TARGET, TARGET CORPORATION, and

☒ Does __1__ to __100, Inclusive__

Prem.L-3. ☐ **Count Two-Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were *(names)*:

☐ Does ____ to ____
Plaintiff, a recreational user, was ☐ an invited guest ☐ a paying guest.

Prem.L-4. ☐ **Count Three-Dangerous Condition of Public Property** The defendants who owned public property on which a dangerous condition existed were *(names)*:

☐ Does ____ to ____
a. ☐ The defendant public entity had ☐ actual ☐ constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.
b. ☐ The condition was created by employees of the defendant public entity.

Prem.L-5. a. ☐ **Allegations about Other Defendants** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names)*:

☐ Does ____ to ____
b. ☐ The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are ☐ described in attachment Prem.L-5.b ☐ as follows *(names)*:

Page 1 of 1

| Form Approved for Optional Use<br>Judicial Council of California<br>PLD-PI-001(4) [Rev. January 1, 2007] | **CAUSE OF ACTION - Premises Liability** | Code of Civil Procedure, § 425.12<br>www.courtinfo.ca.gov |
|---|---|---|

CEB | Essential Forms
ceb.com

RICE, Judy

**EX B - pg. 15**

MC-025

| SHORT TITLE: RICE v. TARGET, et.al. | CASE NUMBER: |
|---|---|

**ATTACHMENT** (Number): _____

(This Attachment may be used with any Judicial Council form.)

FIRST CAUSE OF ACTION - PREMISES LIABILITY          Page FIVE

ATTACHMENT TO COMPLAINT

PREM. L-1 continued:

All times herein mentioned, Defendants, TARGET, TARGET CORPORATION, and DOES 1 through 100, Inclusive, were and are individuals doing business under the fictitious name and style of TARGET, TARGET CORPORATION, in the County of Orange, State of California.

On or about the 19th day of December, 2018, plaintiff, JUDY RICE, was on or about said property under the following circumstances: plaintiff was shopping and a paying customer.

At the time and place aforesaid and prior thereto, the aforementioned property was in a dangerous condition which created a substantial risk of injury when said property was used with due care in a manner in which it was reasonably foreseeable that it would be used in that: designed, created, built, maintained, controlled and operated the store in such a manner so as to create a dangerous condition for users thereof due to a spill of a foreign substance believed to be tomato sauce which had been allowed to exist in the pedestrian walkway in front of the store and Defendants failed to clean or place any warnings at the dangerous location.

The dangerous condition created a reasonably foreseeable risk of the kind of injury which is hereafter alleged and the defendants, and each of them, had actual knowledge of the existence of the condition and knew or should have known, of its dangerous character a sufficient time prior to the aforesaid time and place to have taken measures against the dangerous condition .
As a direct and proximate result of the negligence, carelessness, unlawfulness, recklessness, and wantonness and the dangerous condition created thereby, the following occurred: Plaintiff fell.

As a direct and proximate result of the negligence, carelessness, recklessness, wantonness, and unlawfulness of defendants, and each of them, and the resulting fall, as aforesaid, plaintiff JUDY RICE, sustained severe and serious injury to her person, all to plaintiff's damage in a sum within the jurisdiction of this court and to be shown according to proof.

By reason of the foregoing, this plaintiff has been required to employ the services of hospitals, physicians, surgeons, nurses and other professional services and plaintiff has been compelled to incur expenses for ambulance services, medicines, x-rays, and other medical supplies and services. Plaintiff is informed and believes, and thereon alleges, that further services of said nature will be required by plaintiff for an unpredictable period in the future, all to the damage of plaintiff in an amount to be shown according to proof.

At the time of the injury, as aforesaid, plaintiff, JUDY RICE, was regularly and gainfully employed; by reason of the foregoing, plaintiff has been unable to engage in her employment for a time subsequent to said accident and plaintiff is informed and believes, and upon such information and belief, alleges that she will be unable to work in her said employment for an indefinite period in the future, thereby suffering a loss of earning capacity, all to plaintiff's damage in an amount to be shown according to proof.

(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)

Page 5 of _____
(Add pages as required)

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT**
**to Judicial Council Form**

www.courtinfo.ca.gov

CEB Essential Forms
ceb.com

RICE, Judy
EX B - pg. 16

| SHORT TITLE: RICE v. TARGET, et.al. | CASE NUMBER: |
|---|---|

___SECOND___ **CAUSE OF ACTION- General Negligence**    Page ___SIX___
(number)

ATTACHMENT TO ☒ Complaint    ☐ Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*: JUDY RICE

alleges that defendant *(name)*: TARGET, TARGET CORPORATION, and

☒ Does ___1___ to ___100,___ Inclusive

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date)*: December 19, 2018
at *(place)*: At Target located at 8148 E. Santa Ane Canyon Road in the City of Anaheim, County of Orange, State of California.
*(description of reasons for liability)* :

At all times herein mentioned, each of the defendants was the agent and employee of each of the remaining defendants and was at all times herein mentioned acting within the scope of said agency and employment.

At the time and place aforesaid and prior thereto, the aforementioned property was in a dangerous condition which created a substantial risk of injury when said property was used with due care in a manner in which it was reasonably foreseeable that it would be used in that: designed, created, built, maintained, controlled and operated the store in such a manner so as to create a dangerous condition for users thereof due to a spill of a foreign substance believed to be tomato sauce which had been allowed to exist in the pedestrian walkway in front of the store and Defendants failed to clean or place any warnings at the dangerous location.

The dangerous condition created a reasonably foreseeable risk of the kind of injury which is hereafter alleged and the defendants, and each of them, had actual knowledge of the existence of the condition and knew or should have known, of its dangerous character a sufficient time prior to the aforesaid time and place to have taken measures against the dangerous condition.

At the aforementioned date, time and place, plaintiff, JUDY RICE, lawfully came upon said premises. As a direct and proximate result of the aforementioned negligence, carelessness, recklessness, and unlawfulness, the plaintiff, JUDY RICE, slipped and was caused to fall while on said premises.

As a direct and proximate result of the negligence, carelessness, recklessness, wantonness, and unlawfulness of defendants, and each of them, and the resulting fall, as aforesaid, plaintiff JUDY RICE, sustained severe and serious injury to her person, all to plaintiff's damage in a sum within the jurisdiction of this court and to be shown according to proof.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

CEB® Essential Forms
ceb.com

**CAUSE OF ACTION- General Negligence**

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

EX B.- pg. 17
RICE, Judy

| SHORT TITLE: RICE v. TARGET, et.al. | CASE NUMBER: |
|---|---|

**ATTACHMENT** (Number): _____
(This Attachment may be used with any Judicial Council form.)

SECOND CAUSE OF ACTION - GENERAL NEGLIGENCE          Page SEVEN

ATTACHMENT TO COMPLAINT

GN-1 continued:

By reason of the foregoing, this plaintiff has been required to employ the services of hospitals, physicians, surgeons, nurses and other professional services and plaintiff has been compelled to incur expenses for ambulance services, medicines, x-rays, and other medical supplies and services. Plaintiff is informed and believes, and thereon alleges, that further services of said nature will be required by plaintiff for an unpredictable period in the future, all to the damage of plaintiff in an amount to be shown according to proof.

At the time of the injury, as aforesaid, plaintiff, JUDY RICE, was regularly and gainfully employed; by reason of the foregoing, plaintiff has been unable to engage in her employment for a time subsequent to said accident and plaintiff is informed and believes, and upon such information and belief, alleges that she will be unable to work in her said employment for an indefinite period in the future, thereby suffering a loss of earning capacity, all to plaintiff's damage in an amount to be shown according to proof.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 7 of ___
(Add pages as required)

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

www.courtinfo.ca.gov

RICE, Judy



**EX B - pg. 18**